# EXHIBIT A

# AFFIDAVIT OF SPECIAL AGENT SHEILA MAGOON IN SUPPORT OF A VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

I, Sheila Magoon, declare and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since September 2003. I have been assigned to the Economic Crimes Squad of the FBI's Boston Division since January 2004. My duties include the investigation of violations of federal criminal laws, and my experience includes investigations of financial crimes, including mail, wire, securities, corporate, bank and mortgage frauds.

## PURPOSE OF AFFIDAVIT

2. This affidavit is submitted in support of Verified Complaint for Forfeiture *in Rem* of the following assets:

   a. 18.836 BTC[1] seized on or about July 20, 2023 from a Binance account with the user ID ending in xxxx4627 ("Defendant Cryptocurrency").

3. As set forth below, there is probable cause to believe that the Defendant Cryptocurrency is traceable to a business email compromise ("BEC") fraud scheme that targeted a Massachusetts resident ("Victim-1"). The scheme duped the victim into completing an improperly routed bank wire transfer of $400,000 from the victim's Massachusetts bank account.

4. Accordingly, there is probable cause to believe that the Defendant Cryptocurrency is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) as property that constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (wire fraud). A wire fraud violation (18 U.S.C. § 1343) is a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7).

---

[1] BTC (Bitcoin) is a form of cryptocurrency, described in more detail below.

5. The Defendant Cryptocurrency seized from an account maintained at BAM Trading Services Inc. d/b/a Binance.US ("Binance") pursuant to a seizure warrant issued in the District of Massachusetts.

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from witnesses and bank personnel, and my review of other records. This affidavit is intended to show that there is probable cause and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## FORFEITURE AUTHORITY

7. Pursuant to 18 U.S.C. § 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of any specified unlawful activity, is subject to forfeiture to the United States. Pursuant to 18 U.S.C. § 1961(1), as incorporated by 18 U.S.C. §§ 1956(c)(7)(A) and 981(a)(1)(C), wire fraud, 18 U.S.C. § 1343, is specified unlawful activity.

## BACKGROUND ON CRYPTOCURRENCY

8. Cryptocurrency, a type of virtual currency, is a decentralized, peer-to-peer, network-based medium of value or exchange that may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies. Examples of cryptocurrencies are Bitcoin ("BTC"), Litecoin, and Ether.  Cryptocurrency can exist digitally on the Internet, in an electronic storage device, or in cloud-based servers. Although not usually stored in any physical form, public and private keys (described below) used to transfer cryptocurrency from one person or place to another can be printed or written on a piece of paper

or other tangible object. Cryptocurrency can be exchanged directly person to person, through a cryptocurrency exchange, or through other intermediaries. Generally, cryptocurrency is not issued by any government, bank, or company; it is instead generated and controlled through computer software operating on a decentralized peer-to-peer network. Most cryptocurrencies have a "blockchain," which is a distributed public ledger, run by the decentralized network, containing an immutable and historical record of every transaction.[2] Cryptocurrency is not illegal in the United States.

9.     Bitcoin[3] is a type of cryptocurrency. Payments or transfers of value made with bitcoin are recorded in the Bitcoin blockchain and thus are not maintained by any single administrator or entity. As mentioned above, individuals can acquire bitcoin through exchanges (*i.e.*, online companies which allow individuals to purchase or sell cryptocurrencies in exchange for fiat currencies or other cryptocurrencies), bitcoin ATMs, or directly from other people. Individuals can also acquire cryptocurrencies by "mining." An individual can "mine" bitcoins by using his or her computing power to solve a complicated algorithm and verify and record payments on the blockchain. Individuals are rewarded for this task by receiving newly created units of a cryptocurrency. Individuals can send and receive cryptocurrencies online using many types of electronic devices, including laptop computers and smart phones. Even though the public addresses of those engaging in cryptocurrency transactions are recorded on a blockchain, the identities of the individuals or entities behind the public addresses are not recorded on these public ledgers. If, however, an individual or entity is linked to a public address, it may be

---

[2] Some cryptocurrencies operate on blockchains that are not public and operate in such a way to obfuscate transactions, making it difficult to trace or attribute transactions.

[3] Since Bitcoin is both a cryptocurrency and a protocol, capitalization differs. Accepted practice is to use "Bitcoin" (singular with an uppercase letter B) to label the protocol, software, and community, and "bitcoin" (with a lowercase letter b) to label units of the cryptocurrency. That practice is adopted here.

possible to determine what transactions were conducted by that individual or entity. Bitcoin transactions are therefore sometimes described as "pseudonymous," meaning that they are partially anonymous. And while it is not completely anonymous, Bitcoin allows users to transfer funds more anonymously than would be possible through traditional banking and financial systems.

10. Cryptocurrency is stored in a virtual account called a wallet. Wallets are software programs that interface with blockchains and generate and/or store public and private keys used to send and receive cryptocurrency. A public key or address is akin to a bank account number, and a private key is akin to a PIN number or password that allows a user the ability to access and transfer value associated with the public address or key. To conduct transactions on a blockchain, an individual must use the public address (or "public key") and the private address (or "private key"). A public address is represented as a case-sensitive string of letters and numbers, 26–25 characters long. Each public address is controlled and/or accessed through the use of a unique corresponding private key—the cryptographic equivalent of a password or PIN—needed to access the address. Only the holder of an address' private key can authorize any transfers of cryptocurrency from that address to another cryptocurrency address.

11. Although cryptocurrencies such as Bitcoin have legitimate uses, cryptocurrency is also used by individuals and organizations for criminal purposes, including money laundering. By maintaining multiple wallets, those who use cryptocurrency for illicit purposes can attempt to thwart law enforcement's efforts to track transfers.

12. Exchangers and users of cryptocurrencies store and transact their cryptocurrency in a number of ways, as wallet software can be housed in a variety of forms, including on a tangible, external device ("hardware wallet"), downloaded on a PC or laptop ("desktop wallet"),

with an Internet-based cloud storage provider ("online wallet"), as a mobile application on a smartphone or tablet ("mobile wallet"), printed public and private keys ("paper wallet"), and as an online account associated with a cryptocurrency exchange.

13. Cryptocurrency "exchangers" and "exchanges" are individuals or companies that exchange bitcoin or other cryptocurrencies for other currencies, including U.S. dollars. According to the Department of Treasury, Financial Crimes Enforcement Network ("FinCEN") Guidance issued on March 18, 2013, virtual currency administrators and exchangers, including an individual exchanger operating as a business, are considered money services businesses.[4] Such exchanges and exchangers are required to register with FinCEN and have proper state licenses (if required under applicable state law). From my training and experience, I know that registered money transmitters are required by law to follow Bank Secrecy Act ("BSA") anti-money laundering ("AML") regulations, "Know Your Customer" ("KYC") protocols, and other verification procedures similar to those employed by traditional financial institutions. For example, FinCEN registered cryptocurrency exchangers often require customers who want to open or maintain accounts on their exchange to provide their name, address, phone number, and the full bank account and routing numbers that the customer links to an exchange account.

14. Binance is a cryptocurrency exchange and custodian that allows users to buy, sell and store digital assets. Binance holds a Money Service Business Registration in the United States. Binance is registered as a money services business with FinCEN. Binance.US is located in Miami, Florida.

---

[4] *See* "Application of FinCEN's Regulations to Person Administering, Exchanging, or Using Virtual Currencies," available at https://www.fincen.gov/resources/statutes-regulations/guidance/application-fincens-regulations-persons-administering.

**PROBABLE CAUSE**

15.     On June 28, 2022, I began investigating a BEC theft[5] that had occurred on June 24, 2022 targeting Victim-1, a resident of Newton, Massachusetts. Based on my review of records, Victim-1 was tricked into wiring $400,000 from her Hingham Institution for Savings bank account to a Bank of America ("BoA") account in the name of Individual-1, a resident of Murrieta, California.

16.     The listed beneficiary of the June 24, 2022 wire was Individual-1 and Company-1. Company-1 is a law firm located in Brookline, Massachusetts. Victim-1 hired Company-1 to assist in the purchase of property. Victim-1 intended the wire to be sent to Company-1 but instead it was directed to a BoA personal checking account number XXXXXXXX3868 in the name of Individual-1 ("BoA Account-1"). Victim-1 did not intend to send funds to Individual-1.[6]

17.     Bank of America received notice from Hingham Institution for Savings that the wire had been sent due to a BEC fraud. Before the funds could be recalled, however, BoA Account-1 was largely depleted through an outgoing wire transfer of $389,850.

18.     According to Bank of America bank records, BoA Account-1 had a balance on June 23, 2022 of $108.17. On June 24, 2022, $400,000 was deposited via wire transfer from Victim-1. On June 27, 2022, a wire transfer in the amount of $389,850 was sent from BoA Account-1 to an account in the name of Prime Trust LLC at Signature Bank. Binance.US uses

---

[5] A BEC is a type of fraud in which targets obtain unauthorized access to email accounts that a business uses to send information about commercial, real estate, and other financial transactions. Targets impersonate individuals expecting to receive money from these transactions and send requests that payments be directed to a network of bank accounts that they control. Targets then cause the balances of the receiving accounts to be depleted quickly before the paying victims and their banks can recall the payments.

[6] Based on facts gathered during the investigation and my training and experience, I believe Individual-1 may have been tricked into opening bank accounts in which to receive fraud funds and other illegal proceeds.

Prime Trust LLC to store customer cash. In addition, there were three ATM withdrawals from BoA Account-1, totaling $1,500. By June 28, 2022, BoA Account-1 had a balance of $8,728.17.[7]

19. Signature Bank records show that on June 27, 2022, funds in the amount of $389,850 were deposited via wire transfer from BoA Account-1. The wire was deposited into Signature Bank account number XXXXXX6223 in the name of "Prime Trust LLC, BAM Trading FBO Its Customers".

20. Prime Trust LLC records show that on June 28, 2022, two internal transfers were made totaling $389,840.88 to BAM Trading Services Inc. Binance.US account number XXXXXXXX0833 in the name of Individual-1.

21. Binance.US records show that on June 27, 2022, funds in the amount of $389,850 were deposited via wire transfer in an account in the name of Individual-1 ("Binance Account 1") with a User ID number ending in xxxx4627. Binance.US lists the deposit channel as Prime Trust. The transaction is listed in Binance's Trade History report as TypeName Crypto and Fiat Deposit. On June 28, 2022, records show that Individual-1 paid $389,840.88 to purchase 18.836 bitcoin, the amount seized from the Binance account (*i.e.*, the Defendant Cryptocurrency).

## CONCLUSION

22. Based on my knowledge, training, and experience, and the foregoing information set forth in this affidavit, there is probable cause to believe that the Defendant Cryptocurrency is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

---

[7] This is the closing balance after a wire transfer fee of $30 was deducted from the account.

Pursuant to 28 U.S.C. § 1746, I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 23rd day of August, 2023.

_Shelia R Magoon_
Shelia Magoon, Special Agent
Federal Bureau of Investigation